**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**Order Filed on February 27, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In re:

CAMP LOUEMMA LANE INC., *et al*

Debtors.

Case No. 25-15658-MEH

Chapter 11

Jointly Administered

**ORDER GRANTING MOTION OF L&L CAPITAL PARTNERS LLC FOR AN ORDER TERMINATING THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(D)**

The relief set forth on the following page is hereby **ORDERED**

**DATED: February 27, 2026**

Honorable Mark E. Hall
United States Bankruptcy Judge

AND NOW, this 27 day of February 2026, upon consideration of the Motion of L&L Capital Partners LLC ("L&L") for an Order Terminating the Automatic Stay Pursuant to 11 U.S.C. § 362(d), and upon the record of the hearing held before this Court on February 19, 2026, and there being good and sufficient cause shown, and due notice having been given,

It is hereby:

ORDERED that the Motion[1] is GRANTED as set forth herein; and it is further

ORDERED that the automatic stay provided for under section 362(a) of the Bankruptcy Code is hereby modified to permit L&L to foreclose upon and sell the Property and to exercise and enforce all of its rights and remedies against the Property in accordance with the provisions of the Loan Documents, prior judgment of the state court and applicable state law; and it is further

ORDERED that notwithstanding the relief granted in the prior Ordered paragraph, L&L shall not advertise or otherwise notice the foreclosure sale of the Property prior to April 26, 2026, nor shall L&L hold any foreclosure sale prior to April 26, 2026; and it is further

ORDERED that L&L is authorized to take all action necessary to effectuate the terms of this Order; and it is further

ORDERED that the 14-day stay provided for under Bankruptcy Rule 4001(a)(4) is hereby waived, and this Order is effective immediately; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

1 Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Motion.