Order Filed on June 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
*Caption in Compliance with D.N.J. LBR 9004-1(a)*

**A.Y. STRAUSS LLC**
Eric H. Horn, Esq.
David S. Salhanick, Esq.
Maria A.G. Harper, Esq.
290 West Mount Pleasant Avenue, Suite 3260
Livingston, New Jersey 07039
Tel. (973) 287-5006
Fax (973) 533-0127

*Counsel to the Debtors and*
*Debtors in Possession*

In re:

Camp Louemma Lane Inc., *et al.*,

Debtors.

Chapter 11

Case No. 25-15658 (EJO)

(Jointly Administered)

**ORDER (I) APPROVING THE SETTLEMENT BY AND AMONG THE DEBTORS AND THE LENDER, AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 4, 2026**

Honorable Eamonn J. O'Hagan
United States Bankruptcy Judge

THIS MATTER having come before the Court on the *Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 9019(a) (I) Approving the Settlement by and Among the Debtors and the Lender, and (ii) Granting Related Relief* (the "***Motion***"),[1] seeking the entry of an order, under sections 105(a) and 363 of the United States Code, 11 U.S.C. §§ 101, *et seq*. (as amended, the "***Bankruptcy Code***"), and Rule 9019 and 6004 of the Federal Rules of bankruptcy Procedure (as amended, the "***Bankruptcy Rules***").

The Court having: (i) considered the Motion and all documents and exhibits submitted in connection therewith; (ii) reviewed all responses, objections, and replies filed in connection with the Motion; and (iii) conducted a hearing on the Motion on __________, 2026 (the "***Hearing***"); and upon the record created at the Hearing and in these chapter 11 cases; and the Court having found and determined that the relief requested in the Motion and provided for herein is in the best interests of the Debtors, their estates, and their creditors; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY FOUND, DETERMINED, AND ORDERED that:

1. The Motion is **GRANTED**, as set forth herein.

2. Except as provided to the contrary herein, all objections to the Motion or the relief provided herein that have not been withdrawn, waived or settled, and all reservations of rights included therein, are hereby overruled and denied on the merits with prejudice.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Agreement and/or in the Motion.

3. The settlement, as memorialized in the Settlement Agreement by and between the Parties, which is attached to the Motion as Exhibit A, is hereby approved in all respects, pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 9019, and the terms therein are incorporated by reference herein.

4. This Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing.

5. The terms of this Order and the Settlement Agreement shall survive dismissal and / or conversion and shall be enforceable.

6. The Court shall retain jurisdiction over any matter arising from, and/or related to, this Order or the relief granted herein.